**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ZHARVELLIS HOLMES, as Independent | ) | |
| Administrator of the Estate of | ) | |
| MARCELLIS STINNETTE, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 20 cv 06437 |
| | ) | |
| vs. | ) | Honorable John Z. Lee |
| | ) | |
| CITY OF WAUKEGAN, OFFICER DANTE | ) | Honorable Sunil R. Harjani, |
| SALINAS, OFFICER JAMES KEATING | ) | Magistrate Judge |
| and WAUKEGAN POLICE CHIEF WAYNE | ) | |
| WALLES, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MOTION TO CONSOLIDATE

Plaintiff, ZHARVELLIS HOLMES, as Independent Administrator of the Estate of MARCELLIS STINNETTE, Deceased, by and through her counsel POWER ROGERS, LLP, and in response to Defendants' joint Motion to Consolidate for pretrial purposes only.   In support hereof, Plaintiff states as follows:

In response to Defendants' Joint Motion to Consolidate this matter into 20 c 6409. Plaintiff, ZHARVELLIS HOLMES, as Independent Administrator of the Estate of MARCELLIS STINNETTE, Deceased, has no objection to the consolidation of these matters for the purpose of pretrial proceedings as requested in their Motion (docket 68; 20 c 6409).

Respectfully submitted,

POWER ROGERS, LLP

By:  _____/s/ Larry R. Rogers, Jr._____
Attorney for Plaintiff

1

Attorneys for Plaintiff
Joseph A. Power, Jr. #2244276 (joepower@powerrogers.com)
Larry R. Rogers, Jr. #6220743 (lrogersjr@powerrogers.com)
POWER ROGERS, LLP
70 West Madison Street, 55th Floor
Chicago, Illinois 60602-4212
Telephone: 312/236-9381